IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLAYDE L. CROCKETT,

    Petitioner,                      No. CIV. S- 08-1861 GGH P

    vs.

RICHARD B. IVES, Warden,

    Respondent.             ORDER

_____/

        Pursuant to the Order, filed on 10/06/08, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a). Court records indicate that, on 10/23/08, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: October 28, 2008

                                      /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:009
croc1861.fee