McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAYDE L. CROCKETT,             )<br>                                 )<br>        Petitioner,             )<br>                                 )<br>     v.                          )<br>                                 )<br>RICHARD B. IVES, Warden,         )<br>                                 )<br>        Respondent.              )<br>_____) | CV. NO. 2:08-CV-1861 GGH HC<br><br>ORDER RE RESPONDENT'S<br>REQUEST FOR AN EXTENSION OF<br>TIME TO FILE AN ANSWER TO<br>CROCKETT'S 28 U.S.C. § 2241<br>PETITION |

    IT IS HEREBY ORDERED that respondent's request for a 30-day extension of time until December 5, 2008, to file his answer is GRANTED.

DATED: November 13, 2008

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

croc1861.eot