IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLAYDE L. CROCKETT,

    Petitioner,　　　　　　　　　　　No. CIV S-08-1861 CHS P

    vs.

RICHARD B. IVES,

    Respondent.　　　ORDER
_____ /

    Petitioner Blayde L. Crockett is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner challenges the execution of his 70 month prison term which he is expected to complete on October 28, 2009. Specifically, petitioner seeks to compel the Bureau of Prisons to evaluate him for placement in a Residential Re-entry Center for the last 12 months of his sentence, the maximum amount authorized by 18 U.S.C. §3624(c)(1). Respondent has submitted with his answer a declaration from a Bureau of Prisons Case Worker indicating that petitioner was approved for eight months placement in a residential re-entry center on November 26, 2008. Although no notice of change of address was received, it appears that petitioner may have already been transferred to a Residential Re-entry Center.

1  Accordingly, IT IS HEREBY ORDERED that respondent file a brief statement
2  addressing petitioner's custody status and current location within 20 days.
3  DATED: July 7, 2009.

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE